

RECEIVED

OCT 3 1 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **BILLY WAYNE DOMINGUE** | **CIVIL ACTION NO. 02-1438** |
| **VERSUS** | **JUDGE MELANÇON** |
| **LARRY CALLIER** | **MAGISTRATE JUDGE METHVIN** |
| **VERNON JONES** | |
| **RODNEY MAY** | |

## ORDER

On October 24, 2005, plaintiff Billy Wayne Domingue, appearing *pro se*, filed a Motion for Subpoena Duces Tecum, requesting that subpoenas be issued to 38 individuals for trial purposes.[1] Considering the foregoing,

**IT IS ORDERED** that the motion is **GRANTED.**

**THE CLERK IS DIRECTED** to mail a copy of this order and 38 AO88 Subpoenas in a Civil Case to the plaintiff at his last known address, who must then furnish completed copies of the subpoenas to the Clerk of Court, 800 Lafayette Street, Suite 2100, Lafayette, Louisiana, 70501 within sixty (60) of the trial date.

**THE CLERK IS FURTHER DIRECTED** to serve the completed subpoenas through the United States Marshal upon receipt of the subpoenas from plaintiff.

Signed at Lafayette, Louisiana on _____October 28_____, 2005.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(337) 593-5140    FAX 593-5155

COPY SENT
DATE 10·31·05
BY MC
TO MEM

CG
Domingue (w/subpom

---

[1] Rec. Doc. 58.

5