RECEIVED
JAN 31 2006
ROBERT H. ___ CLERK
WESTERN D___ ___ LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| BILLY WAYNE DOMINGUE | CIVIL ACTION NO. 02-1438 |
| VERSUS | JUDGE MELANÇON |
| LARRY CALLIER<br>VERNON JONES<br>RODNEY MAY | MAGISTRATE JUDGE METHVIN |

## MINUTE ENTRY AND ORDER

At the direction of District Judge Tucker L. Melançon,

**IT IS ORDERED** that the telephone conference with Judge Melançon previously scheduled for February 16, 2006 at 2:00 p.m. is upset and rescheduled for **February 10, 2006 at 4:00 p.m.** Accordingly, it is **ORDERED** that Cornel Hubert, Warden of Elayn Hunt Correctional Center shall ensure that Domingue is made available on **February 10, 2006 at 4:00 p.m.** for a telephone conference with Judge Melançon and opposing counsel. The telephone call shall be initiated by defense counsel.

**IT IS FURTHER ORDERED** that the Clerk shall fax a copy of this Minute Entry to all counsel of record and Cornel Hubert, Warden of Elayn Hunt Correctional Center.

Signed at Lafayette, Louisiana on January 31st, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(337) 593-5140    FAX 593-5155

COPY SENT
DATE 1-31-06
BY CB
TO MEM
TLM /PJ /CB
via fax: Warden Hubert
        Potier
        Reed
via mail: Domingue