**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| Billy Wayne Domingue | Civil Action No. 02-1438 |
| versus | Judge Tucker L. Melançon |
| Larry Callier, et al | Magistrate Judge Methvin |

RULING ON MOTION FOR SUMMARY JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the Magistrate Judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED that plaintiff's Motion for Partial Summary Judgment is DENIED.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 30th day of January, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE